UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **EDCV 15-1738-MWF(KKx)**                          Dated: **December 7, 2015**

Title:    Edward Davis -v- Orlando Wilshire Investments, Ltd., et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement filed December 4, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 4, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                              Initials of Deputy Clerk   cw
CIVIL - GEN

-1-